CHICAGO, KALAMAZOO & SAGINAW RAILWAY CO. v.
KALAMAZOO CIRCUIT JUDGE.

PRELIMINARY INJUNCTION—DISSOLUTION—DISCRETION.
    The coming in of a sworn answer fully meeting the allega-
    tions of the bill does not deprive the court of all discretion to
    refuse dissolution of a preliminary injunction.

Mandamus by the Chicago, Kalamazoo & Saginaw
Railway Company and others to compel John W. Adams,
circuit judge of Kalamazoo county, to dissolve a preliminary
injunction.    Submitted June 7, 1904. (Calendar No.
20,516.)    Writ denied November 29, 1904.

*E. M. Irish* and *W. G. Howard,* for relators.

*Dallas Boudeman* and *Taggart, Denison & Wilson,*
for respondent.

PER CURIAM.    This is an application for mandamus re-
quiring the respondent to vacate a preliminary injunction.
The relator has argued his case at great length and very
forcibly, but the argument proceeds upon the theory that
the answer fully meets the charges in the complainant's
bill, and that the circuit judge should have accepted the
answer as true.    While it is undoubtedly true that as a
general rule a court will, upon the coming in of a sworn
answer fully meeting the allegations of the bill of com-
plaint, dissolve a preliminary injunction, this rule is not
so rigid as to deny any discretion in the court.    2 High on
Injunctions (3d Ed.), § 1508.

We are not able to say that there was a clear abuse of
discretion in maintaining the injunction in the present case
until the hearing.

The writ is denied.